UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA PRINTEX INDUSTRIES, INC., *et al.*, <br><br> Plaintiff(s), <br><br> v. <br><br> SEARS ROEBUCH AND CO., et al., <br><br> Defendant(s). | CV06-2419-AHM (CTx) <br><br> ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE |

On June 4, the Court ordered plaintiffs, counter-plaintiffs, and cross-plaintiffs to show cause in writing, no later than June 16, 2008, why the above-entitled action should not be dismissed for failure to prosecute. On June 9, 2008, plaintiffs filed their response indicating that the matter was closed. To date, counter-plaintiffs and cross-plaintiffs have not complied with this order.

Accordingly, good cause appearing therefor, the Court hereby DISMISSES this action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey an order of this Court. The Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated: June 16, 2008

**Make JS-6**

A. HOWARD MATZ
United States District Judge